UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

BRITTANY PEMBELTON
and minor children,

    Plaintiff,

v.          CASE NO. 3:19-cv-1171-J-20JBT

JOEY DOBSON, former sheriff, et al.,

    Defendants.
_____/

## ORDER

**THIS CAUSE** is before this Court on the Magistrate Judge's Report and Recommendation (Dkt. 5). The Magistrate Judge recommended the construed Motion to Proceed In Forma Pauperis (Dkt. 2) be denied and the case be dismissed without prejudice. No objections were filed to the Report and Recommendation. After an independent review of the record and upon consideration of the Report and Recommendation, this Court adopts the same in all respects.

Accordingly, it is **ORDERED**:

1. The Magistrate Judges Report and Recommendation (Dkt. 5) is adopted;

2. The construed Motion to Proceed In Forma Pauperis (Dkt. 2) is **DENIED** and this case is **DISMISSED WITHOUT PREJUDICE**; and

3. The Clerk is directed to terminate all pending motions and close this case.

**DONE AND ORDERED** at Jacksonville, Florida, this 15th day of January, 2020.

HARVEY E. SCHLESINGER
UNITED STATES DISTRICT JUDGE

Copies to:
Hon. Joel B. Toomey
Brittany Pembelton, *Pro Se*